MARC A. PILOTIN
Regional Solicitor
KATHERINE CAMERON
Associate Regional Solicitor
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
JULIA HAYER (CSBN 333454)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: (213) 894-3990
Katz.andrew@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | Case No. |
| Plaintiff, | **COMPLAINT** |
| v. | Violations of Fair Labor Standards Act ("FLSA"), 29 U.S.C §§ 201, *et seq.* |
| PIZZICATO, INC., an Oregon Corporation; MARC FRANKEL, an individual; TRACY FRANKEL, an individual; and JOHN-FELIX RIPPEL, an individual, | |
| Defendants. | |

### NATURE OF THE ACTION

1.      Plaintiff JULIE A. SU, Acting Secretary for the U.S. Department of Labor ("the Acting Secretary"), is charged with enforcing the FLSA to eliminate "labor conditions detrimental to the maintenance of the minimum standard of living necessary for health, efficiency, and general well-being of workers[.]" 29 U.S.C. § 202(a). In bringing actions under the FLSA, the Acting Secretary represents not only the interest of the individual employees affected by an employer's

**COMPLAINT**

violations of the law, but also the public interest, including the interests of employers whose ability to compete in compliance with the law is harmed by employers who deny employees overtime wages.

2.      Plaintiff brings this action pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, to enjoin Defendants from violating Sections 11(c), 12(c) and 15(a)(4) and (a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 211(c), 212(c) and 215(a)(4) and (a)(5).

3.      Under Section 16(c) of the FLSA, 29 U.S.C. § 216(c), the Acting Secretary also seeks to recover tip amounts owed under the FLSA to employees of Defendants, as listed by name in the attached Exhibit A to this Complaint, for the period of January 5, 2020 through date of trial, together with an equal amount as liquidated damages.

## JURISDICTION

4.      This Court has subject matter jurisdiction over this action under Sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216 and 217; this Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and § 1345 (United States as Plaintiff).

5.      Venue lies in the United States District for the District of Oregon, pursuant to 28 U.S.C. § 1391(b), because the events giving rise to the claims occurred within this District.

## DEFENDANTS

6.      Defendant Pizzicato Inc. ("Pizzicato") is and at all relevant times has been a corporation in the state of Oregon with a principal place of business at 121 S Bancroft Street Portland, OR 97239, within the jurisdiction of this Court, and has been engaged in the restaurant business. Defendant Pizzicato operates a chain of restaurants including the following locations (hereinafter "Locations"):

- **Beaverton:** 10719 SW Beaverton Hillsdale Highway, Beaverton, OR 97005
- **Cornell (also called Westside):** 14740 Northwest Cornell Road, Portland, OR 97229
- **Forest Heights:** 2025 NW Miller Road, Portland, OR 97229
- **Fremont:** 4217 NE Fremont Street, Portland, OR 97213

COMPLAINT

- **Hillsdale:** 6358 SW Capitol Highway, Portland, OR 97239
- **Lake Oswego:** 15180 SW Bangy Road, Lake Oswego, OR 97035
- **Mt. Tabor (also called Division):** 6042 SE Division Street, Portland, OR 97206
- **Murray Hill:** 14845 SW Scholls Ferry, Beaverton, OR 97007
- **Pearl:** 1265 NW 10th Avenue, Portland, OR 97209
- **Sylvan:** 1749 SW Skyline Boulevard, Portland, OR 97221
- **Westmoreland:** 1630 SE Bybee Boulevard, Portland, OR 97202
- **Laurelhurst (also called Eastside/Burnside):** 2811 E Burnside St., Portland, OR 97214

7.      At all relevant times, Defendant Pizzicato employed workers, including employees named in Exhibit A, as counter staff, shift leads, pizza cooks and other front of the house staff occupying customarily tipped positions.

8.      At all relevant times, Defendant Pizzicato is and has been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint, and all other employees not yet known to the Acting Secretary whom she later identifies.

9.      Defendant Marc Frankel is a founder, owner, Treasurer and manager of Pizzicato. At all relevant times, Defendant Marc Frankel acted directly and indirectly in the interests of Pizzicato in relation to its employees, including determining employment practices. Defendant Marc Frankel is individually liable as an employer under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Marc Frankel in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

10.     Defendant Tracy Frankel is a founder, owner, President, Secretary and manager of Pizzicato. At all relevant times, Defendant Tracy Frankel acted directly and indirectly in the interests of Pizzicato in relation to its employees, including determining employment practices. Defendant Tracy Frankel is individually liable as an employer under Section 3(d) of the FLSA,

**COMPLAINT**

29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Tracy Frankel in this case arise out of and are directly related to her business activities in the jurisdiction of this Court.

11.    Defendant John-Felix Rippel is the CEO, an owner, and a manager of Defendant Pizzicato. At all relevant times, Defendant Rippel acted directly and indirectly in the interests of Pizzicato in relation to its employees, including determining employment practices. Defendant Rippel is individually liable as an employer under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Rippel in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

## DEFENDANTS ARE AN ENTERPRISE COVERED BY THE FLSA

12.    At all relevant times, Defendants Marc Frankel, Tracy Frankel, and John-Felix Rippel owned, operated, and controlled Pizzicato for the common business of running pizza restaurants in the state of Oregon.

13.    Defendants' activities constitute, and at all times material hereto have constituted, related activities performed through unified operation or common control for a common business purpose; and are, and at all times material hereto have been, an "enterprise" as defined in the FLSA § 3(r), 29 U.S.C. § 203(r).

14.    The aforesaid enterprise has, and at all times material hereto has had, employees engaged in commerce or in the production of goods for commerce, or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. Said enterprise has, and at all times material hereto has had, an annual gross volume of sales made or business done (exclusive of any excise taxes at the retail level, if any, that were separately stated) of no less than $500,000.00; and said enterprise constitutes, and at all times material hereto has constituted, an "enterprise engaged in commerce or in the production of goods for commerce" as defined in the FLSA § 3(s), 29 U.S.C. § 203(s).

## FACTS REGARDING VIOLATIONS

15.    During the relevant time period, Defendants unlawfully required employees at its

COMPLAINT

Locations to share a portion of their tips with General Managers, Assistant Managers, and Kitchen Managers; all employees who are considered managers or supervisors under 29 C.F.R. § 531.52 since their duties match those of an executive employee as described in 29 C.F.R. § 541.100(a)(2) through (4).

16.     During the relevant time period, Defendants failed to maintain, keep and preserve records of tips, including the weekly and monthly amounts of tips received reported by the employees to the employer.

17.     During the relevant time period, Defendants unlawfully employed oppressive child labor by employing a 17-year-old employee to perform work as a pizza delivery driver at its Murray Hill establishment.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF: TIP VIOLATIONS

18.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

19.     Defendants have violated the provisions of Section 3(m)(2)(B) of the FLSA, 29 U.S.C. § 203(m)(2)(B), by allowing its managers to keep tips received by employees.

20.     At all relevant times, Defendants have willfully violated Section 3(m)(2)(B) of the FLSA, 29 U.S.C. § 203(m)(2)(B). Defendants knew or should have known of the FLSA's prohibition against an employer keeping tips received by employees but continued to collect tips earned by employees anyway.

### SECOND CLAIM FOR RELIEF: RECORDKEEPING VIOLATIONS

21.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

22.     Defendants have violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. § 211(c) and § 215(a)(5), by failing to maintain, keep, and preserve tip records as required under 29 C.F.R. Part 516.

23.     At all relevant times, Defendants have willfully violated Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. § 211(c) and § 215(a)(5). Defendants failed to maintain, keep,

and preserve proper records of tips even though they knew or should have known that this conduct violated the FLSA.

### THIRD CLAIM FOR RELIEF: OPPRESSIVE CHILD LABOR

24.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

25.     Defendants have violated Section 12(c) of the FLSA, 29 U.S.C. § 212(c), by employing oppressive child labor in commerce or in the production of goods for commerce or in an enterprise engaged in commerce or in the production of goods for commerce.

26.     Defendants willfully violated 12(c) of the FLSA, 29 U.S.C. § 212(c), by employing oppressive labor when they knew or should have known that it was in violation of the FLSA.

### PRAYER FOR RELIEF

WHEREFORE, good cause having been shown, the Acting Secretary prays for judgment against Defendants as follows:

1.  For an Order:

    a.     Under Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA including Sections 11(c), 12(c), 15(a)(4) and 15(a)(5), 29 U.S.C. §§ 211(c), 212(c), 215(a)(4) and 215(a)(5).

2.  For an Order:

    a.     Under Section 16(c) of the FLSA, 29 U.S.C. § 216(c) finding Defendants liable for all tip compensation earned, from at least January 5, 2020 to all Defendants' employees including the employees listed in attached Exhibit A and other employees not presently known to the Acting Secretary, and an additional equal amount as liquidated damages;

3.  For an Order providing such further legal and equitable relief as may be deemed necessary or appropriate; and

4.  For an Order awarding the Acting Secretary the costs of this action.

**COMPLAINT**

5.      For an Order awarding the Acting Secretary any other legal or equitable relief that the Court deems necessary and appropriate.

Dated: January 30, 2024                    SEEMA NANDA
                                           Solicitor of Labor

                                           MARC A. PILOTIN
                                           Regional Solicitor

                                           KATHERINE E. CAMERON
                                           Associate Regional Solicitor


                                           _/s/ Andrew M. Katz_____
                                           Andrew M. Katz
                                           Senior Trial Attorney

                                           _/s/ Julia B. Hayer_____
                                           Julia B. Hayer
                                           Trial Attorney

                                           Attorneys for the Plaintiff
                                           U.S. Department of Labor

---

**COMPLAINT**

## **EXHIBIT A**

| | **First Name** | **Last Name** |
|---|---|---|
| 1 | Jordon | Adams |
| 2 | Austin | Agnew |
| 3 | Josue | Aldana Oliva |
| 4 | Ana | Allsup Cabrera |
| 5 | Alejandro | Amador |
| 6 | Aaron | Anderson |
| 7 | Helen | Andino |
| 8 | Josie | Arndt |
| 9 | Nathan | Asher |
| 10 | Keith | Baggetta |
| 11 | Seth | Baker |
| 12 | Neishma | Balaguer Sagardia |
| 13 | Nicholas | Baldwin |
| 14 | Joshua | Balogh |
| 15 | Zara | Balzer |
| 16 | Joseph | Bangs |
| 17 | Cooper | Banks |
| 18 | Sterling | Baraquio |
| 19 | Hannah | Barchini |
| 20 | Mykael | Barnes |
| 21 | William | Barnett |
| 22 | Tyler | Beecroft |
| 23 | Florimina | Berduo De Gomez |
| 24 | Seth | Berg |
| 25 | Grant | Bergquist |
| 26 | Natalia | Bermudez |

**COMPLAINT**

| 27 | Tyson | Biegler |
| 28 | James | Bingham |
| 29 | Eli | Bolan |
| 30 | Karlee | Boon |
| 31 | Lilia | Brackinreed |
| 32 | Joel | Brazington |
| 33 | Ryan | Brisbois |
| 34 | Jackson | Bromley |
| 35 | Destin | Brown |
| 36 | Natalie | Brown |
| 37 | Elizabeth | Brown |
| 38 | Samantha | Brzoska |
| 39 | Jonathan | Buck |
| 40 | Audree | Buckley |
| 41 | Jackson | Buerk |
| 42 | Max | Burbell |
| 43 | Kyle | Burns |
| 44 | Tyler | Burrell |
| 45 | Jasper | Byrnes |
| 46 | Giordan | Calzadilla |
| 47 | Sage | Campa |
| 48 | Brandy | Cantua |
| 49 | Anna | Carlin |
| 50 | Cole | Carter |
| 51 | Andrew | Castaneda |
| 52 | Rodolfo | Castanon |
| 53 | Angelo | Castillo |
| 54 | Nathan | Cekoric |

**COMPLAINT**

| 55 | Desiree | Chambers |
| 56 | Alan | Chan |
| 57 | Dhruva | Chatterjee |
| 58 | Yee-Ron | Cheng |
| 59 | Garrett | Chin |
| 60 | Zodiac | Clark |
| 61 | Gavin | Codda |
| 62 | Cassius | Comfort |
| 63 | Stephen | Conley |
| 64 | Cedar | Connell |
| 65 | Cory | Corzine |
| 66 | Carollyne | Coulson |
| 67 | Annabel | Cowden |
| 68 | Annie | Crane |
| 69 | Cosmo | Crecca |
| 70 | Kimberly | Cruz Cobar |
| 71 | Aja | Cuevas-Tolentino |
| 72 | Max | Culp |
| 73 | Olivia | Cu-Pierson |
| 74 | Cy | Cupper |
| 75 | Bridger | Curtis |
| 76 | Scarlett | Dalbok |
| 77 | Michael | Darling |
| 78 | Carson | Davis |
| 79 | Lauren | Decker |
| 80 | Laura | DeNicola |
| 81 | Christopher | DeNicola |
| 82 | Ashley | Dietz |

**COMPLAINT**

| 83  | Wesley    | Dilling         |
| 84  | Douglas   | Dillingham      |
| 85  | Mikko     | Dizack          |
| 86  | Laura     | Doolittle       |
| 87  | Britt     | Doom            |
| 88  | Jan       | Droste          |
| 89  | Colton    | Dunham          |
| 90  | Michael   | Duval           |
| 91  | Lily      | Eckert          |
| 92  | Heidi     | Elliot          |
| 93  | Elizabeth | Emer            |
| 94  | Douglass  | Erbst           |
| 95  | Nate      | Erickson        |
| 96  | Gabriel   | Ervin           |
| 97  | Nathan    | Escobar         |
| 98  | Jehudi    | Escobar         |
| 99  | Troy      | Espinosa        |
| 100 | Fitch     | Evans           |
| 101 | Ian       | Fairweather     |
| 102 | Colin     | Farver          |
| 103 | Maya      | Feldman-Dragich |
| 104 | Marcus    | Ferreira        |
| 105 | Daniel    | Fitzgerald      |
| 106 | Kai       | Fontenot        |
| 107 | Ted       | Frakes          |
| 108 | Luke      | Frechette       |
| 109 | John      | Freed           |
| 110 | Martin    | Fritzsche       |

**COMPLAINT**

| | | |
|---|---|---|
| 111 | Jonathan | Fulton |
| 112 | Cassandra | Funmaker |
| 113 | Amelia | Garfias Echeverria |
| 114 | Eric | Gebhard |
| 115 | Alex | Gedrose |
| 116 | Paiman | Ghamai |
| 117 | Sean | Gilfillan |
| 118 | Nathaniel | Gingell |
| 119 | Michael | Glenn |
| 120 | Jonah | Goldin-Dubois |
| 121 | Madeline | Goldman |
| 122 | Maria | Gonzalez |
| 123 | Brooke | Gonzalez |
| 124 | Patricia | Gonzalez Osorio |
| 125 | John | Gormley |
| 126 | Sonja | Gower |
| 127 | Tyler | Grates |
| 128 | AlexAndria | Griffey |
| 129 | Nicholas | Grover |
| 130 | Zachary | Grow |
| 131 | Katherine | Grube |
| 132 | Whitney | Guiou |
| 133 | Drew | Gunn |
| 134 | Teran | Hadley |
| 135 | Charlie | Hagen |
| 136 | Jacob | Haley |
| 137 | Halie | Halverson |
| 138 | Erin | Hanscom |

**COMPLAINT**

| | | |
|---|---|---|
| 139 | Lilly | Hanson |
| 140 | Brian | Hanson |
| 141 | Aryana | Hantz |
| 142 | Clare | Hardwick |
| 143 | Chase | Hargrove |
| 144 | Aaron | Harleman |
| 145 | Alex | Harmon |
| 146 | Henry | Hausner |
| 147 | Simone | Hawley |
| 148 | Tremaine | Hawthorne |
| 149 | Kelton | Hedges |
| 150 | Isabel | Heller |
| 151 | Emanuel | Heller |
| 152 | Travis F | Hennon |
| 153 | Rory | Henry |
| 154 | Mia | Hermann |
| 155 | Amy | Hillberg |
| 156 | Jonah | Holder |
| 157 | Riley | Holenstein |
| 158 | Courtney | Holman |
| 159 | Dustin | Holtz |
| 160 | Tom | Hopkins |
| 161 | Luke | Horstmann |
| 162 | Noosheen | Hossein |
| 163 | Levi | Hudson |
| 164 | Jacob | Hughey |
| 165 | Andre | Huynh |
| 166 | Nick | Jackson |

**COMPLAINT**

| 167 | Nina | Jacobs |
| 168 | Uriah | Johnson |
| 169 | Elijah | Jones |
| 170 | Creedence | Jordan |
| 171 | Jay | Jording |
| 172 | Ryan | Keefe |
| 173 | Genevieve | Kelly |
| 174 | Riley | Kemp |
| 175 | Miriam | Kennelly |
| 176 | Lucian | Kennelly |
| 177 | Jacob | Kersley |
| 178 | Austin | King |
| 179 | Sophia | Klahn |
| 180 | Irina | Klippert |
| 181 | Eli | Krantz |
| 182 | Austin | Kreiter |
| 183 | Paul | Kress |
| 184 | Braedon | Kwiecieu |
| 185 | William | Ladd |
| 186 | Emily | Lane |
| 187 | Emrie | Langfeldt |
| 188 | Ka'ena | Larson |
| 189 | Maryjane | Lasser |
| 190 | Cassidy | Leathers |
| 191 | Abby | Ledoux |
| 192 | Rachel | Lee |
| 193 | Claire | Lee |
| 194 | Jason | LeFever |

**COMPLAINT**

| | | |
|---|---|---|
| 195 | Brendon | Lelugas |
| 196 | Fredryk | Lemke |
| 197 | Abigail | Lenk |
| 198 | Jade | Lennon |
| 199 | Ian | Lewis |
| 200 | Nathan | Limbaugh |
| 201 | Evelyn | Lion |
| 202 | Piper | Livingston |
| 203 | Andrew | Loftus |
| 204 | Pamela | Long |
| 205 | Alison | Lowe |
| 206 | Patrick | Luker |
| 207 | Carla | Macedo |
| 208 | Christopher | Mackelprang |
| 209 | Forest | Maddox |
| 210 | Cecilia | Madera |
| 211 | Breanna | Madison |
| 212 | Wyatt | Mahanes |
| 213 | Michael | Manning |
| 214 | Grant | Mansour |
| 215 | Emma | Marchello |
| 216 | Conner | Marron |
| 217 | Christopher | Martinez |
| 218 | Jimmie | Mason |
| 219 | Alex | Massenkoff |
| 220 | Spenser | Masterson |
| 221 | Adrien | Mathieu |
| 222 | William | Matlock |

**COMPLAINT**

| 223 | Braden | Maurer |
|---|---|---|
| 224 | Cory | McAllister |
| 225 | Nicholas | McCleery |
| 226 | Timothy | McFadden |
| 227 | Sam | McGinnis |
| 228 | Samuel | Meade |
| 229 | Jared | Melgarejo |
| 230 | Bibian | Mendez |
| 231 | Anthony | Mendez Mendez |
| 232 | Andrew | Mercil |
| 233 | Melanie | Merlo |
| 234 | Kathryn | Mersereau |
| 235 | Natalie | Merwin |
| 236 | Stuart | Meyer |
| 237 | Daniel | Michtom |
| 238 | Destiny | Middleton |
| 239 | Guillermo | Mier |
| 240 | Mitchelle | Millbrooke |
| 241 | Ethan | Mills |
| 242 | Danica | Milos-Manthey |
| 243 | Spencer | Moffat |
| 244 | Paul | Molatore |
| 245 | Alexander | Montgomery |
| 246 | Riley | Moore |
| 247 | Chase | Morley |
| 248 | Devan | Munsey |
| 249 | Kathryn | Murphy |
| 250 | Patrick | Namwembe |

**COMPLAINT**

| 251 | Jessica   | Nash         |
|-----|-----------|--------------|
| 252 | Blanca    | Navarrete    |
| 253 | Nicholas  | Newlin       |
| 254 | Vu        | Nguyen       |
| 255 | Nils      | Niswonger    |
| 256 | Caitlin   | Noles        |
| 257 | Sophia    | Nomina       |
| 258 | Charles   | Olson        |
| 259 | Kaia      | Opalinski    |
| 260 | Evan      | Orellana     |
| 261 | Derek     | Osborne      |
| 262 | Allen     | Parks        |
| 263 | Lindsey   | Patterson    |
| 264 | Faith     | Pauken       |
| 265 | Matthew   | Perkins      |
| 266 | Ekaterina | Pervova      |
| 267 | Michael   | Philbrook    |
| 268 | Adrian    | Pinger       |
| 269 | Max       | Platt-Devlin |
| 270 | Nicholas  | Pontrelli    |
| 271 | Evan      | Porter       |
| 272 | Dylan     | Powell       |
| 273 | Madison   | Ranger       |
| 274 | Nicholas  | Reardon      |
| 275 | Kris      | Reaves       |
| 276 | Joshua    | Reed         |
| 277 | Isabella  | Retallack    |
| 278 | Ludin     | Reyes Mendez |

**COMPLAINT**

| 279 | David | Reynaud |
| 280 | Thomas | Reynolds |
| 281 | Jordan | Rhodes |
| 282 | Jacob | Rhodes |
| 283 | Ryan | Rieder |
| 284 | Alexis | Riggs |
| 285 | August | Roberts |
| 286 | Oscar | Robertson |
| 287 | Joshua | Rodrigues |
| 288 | Malia | Rogers |
| 289 | Joseph | Roman |
| 290 | Pine | Ross |
| 291 | Gabriel | Roulier |
| 292 | Zackary | Rowe |
| 293 | Ken | Rushing II |
| 294 | Kenneth | Russell |
| 295 | Chayse | Russell |
| 296 | Seth | Russell |
| 297 | Devin | Salmon |
| 298 | Jonathan | Sanders |
| 299 | John | Sanderson |
| 300 | Lydia | Scarlett |
| 301 | Michael | Schenker |
| 302 | Carter | Schuld |
| 303 | Oliver | Schulenburg |
| 304 | Kai | Segal |
| 305 | Tyler | Seitz |
| 306 | Aleksander | Selway |

**COMPLAINT**

| 307 | Duncan | Sennett |
| 308 | Calvin | Sewell |
| 309 | Catherine | Seymore |
| 310 | Erika | Shapen |
| 311 | Anna | Shaw |
| 312 | Kevin | Shireman |
| 313 | Alan | Shirley |
| 314 | Charles | Shoemaker |
| 315 | Jenna | Simpson |
| 316 | Ian | Simpson |
| 317 | Christina | Smillie |
| 318 | Caresse | Smit |
| 319 | Hayden | Smith |
| 320 | William | Smith |
| 321 | Paloma | Smith |
| 322 | Sean | Snow |
| 323 | Zakara | Spencer |
| 324 | Michael | Spencer |
| 325 | Brodie | Sperry-Doyle |
| 326 | Shawn | Sprey |
| 327 | Graham | Steele |
| 328 | Jared | Steffenhagen |
| 329 | Amanda | Stepanovich |
| 330 | Eleanore | Stevens |
| 331 | Raeanne | Stroup |
| 332 | Lucas | Stutte |
| 333 | Elyse | Sutton |
| 334 | Elijah-Cole | Tabion |

**COMPLAINT**

| 335 | Andrew | Thornton |
| 336 | Ryan | Thuringer |
| 337 | Augustin | Tiana |
| 338 | Brandon | Tore |
| 339 | Bich | Tran Do |
| 340 | Evan | Trox |
| 341 | Ian | Turk |
| 342 | Hayden | Vandermeer |
| 343 | Peter | VanOrnam |
| 344 | Giovanni | Vazquez |
| 345 | Jose | Verdi |
| 346 | Logan | Verplancke |
| 347 | Olin | Vetterlein |
| 348 | Maria | Villanveva |
| 349 | Sawyer | Vogel |
| 350 | Ingrid | Vollan |
| 351 | Steven | Wachtman |
| 352 | Alex | Wadsworth |
| 353 | Jessica | Way |
| 354 | Mason | Webb |
| 355 | Elspeth | Weber |
| 356 | Amy | Welch |
| 357 | Elena | Wiedlin |
| 358 | Thomas | Wilson |
| 359 | Aila | Wood |
| 360 | Riley | Woodruff |
| 361 | Trevor | Woolman |
| 362 | Addison | York |

**COMPLAINT**

| 363 | Drew | Young |
| 364 | Jackson | Zenti |
| 365 | Maizy | Zeringue |
| 366 | Steven | Zielsdorf |
| 367 | Nick | Zuver |