MARC A. PILOTIN
Regional Solicitor
KATHERINE CAMERON
Associate Regional Solicitor
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
JULIA HAYER (CSBN 333454)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: (213) 894-3990
Katz.andrew@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIZZICATO, INC., an Oregon Corporation; MARC FRANKEL, an individual; TRACY FRANKEL, an individual; and JOHN-FELIX RIPPEL, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:24-cv-00202-SI<br><br>**CONSENT JUDGMENT AND ORDER** |

　　　　Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary") and Defendants Pizzicato, Inc., Marc Frankel, Tracy Frankel, and John-Felix Rippel (hereinafter "Defendants") (collectively the "Parties"), have agreed to resolve the matter in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

　　　　A.　　The Acting Secretary filed a Complaint naming Defendants and alleging that they

violated Sections 3(m)(2)(B), 11(c), 12(c), 15(a)(4), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 203(m)(2)(B), 211(c), 212(c), and 215(a)(4) and (a)(5).

B. Defendants have retained counsel and acknowledge receipt of a copy of the Acting Secretary's Complaint in this action.

C. Defendants waive issuance and service of process of the Complaint and their respective Summonses and waive their response to the Acting Secretary's Complaint.

D. The Parties agree to waive findings of fact and conclusions of law and agree to the entry of this Consent Judgment and Order without further contest.

E. The Parties stipulate that the Court has jurisdiction over the Parties and the subject matter of this civil action and that venue lies within the District of Oregon.

F. The Acting Secretary conducted an investigation of Defendants pursuant to the FLSA covering the period January 5, 2020 through August 31, 2023.

G. Defendants stipulate that at all relevant times they operated restaurants in Oregon, and were an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A).

H. Defendants stipulate that at all relevant times they were employers of their employees listed on Exhibit A to this Consent Judgment and Order within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their officers, agents, servants, employees, successor companies, parties in interest, and all persons and entities acting at its direction or in concert or participation with them, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1. Defendants shall not, contrary to Sections 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep, and preserve accurate records of tips as required under 29 C.F.R. § 516.28(b).

2. Defendants shall not, contrary to Sections 12(c) and 15(a)(4), 29 U.S.C. §§ 212(c) and 215(a)(4), employ oppressive child labor, including but not limited to, employing minors under the age of 18 years in occupations of motor-vehicle driving and outside helper as set forth under 29 C.F.R. § 570.52.

3. Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the tip compensation or liquidated damages from any of the employees listed on the attached **Exhibit A**. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds due under this Consent Judgment. Violation of this Paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

## JUDGMENT

**FURTHER, JUDGMENT IS HEREBY ENTERED,** pursuant Section 16(c) of the FLSA, 29 U.S.C. § 216(c), in favor of the Acting Secretary and against Defendants in the total amount of $570,000.00. Pursuant to this Judgment, **IT IS HEREBY ORDERED THAT**

4. Defendants shall pay $270,101.50 in tips hereby due under the FLSA and this Consent Judgment, to employees on **Exhibit A**. In addition, liquidated damages in the amount of $270,101.50 are hereby due under the FLSA and Defendants shall pay this amount to the employees on **Exhibit A**.

5. Defendants shall pay civil money penalties in the amount of $2,133.00 pursuant to Section 216(e)(1)(A)(i) of the FLSA, 29 U.S.C. § 216(e)(1)(A)(i), and $27,664.00 pursuant to Section 216(e)(2) of the FLSA, 29 U.S.C. § 216(e)(2); penalties which are hereby assessed against Defendants and finally determined, pursuant to FLSA Section 16(e), 29 U.S.C. § 216(e). Defendants waive the right to a hearing with respect to this assessment of civil money penalties.

6. To accomplish the requirements of Paragraphs 4 and 5, Defendants shall:

    a. No later than thirty (30) days following the entry of this Consent Judgment, deliver to the U.S. Wage and Hour Division the total amount listed in **Exhibit A** for tips and liquidated damages owed. Defendant shall make this payment online by ACH transfer, credit card,

debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77761888, or by going to www.pay.gov and searching "WHD Back Wage Payment – WE Region." Payments shall reference Case Number #1974473.

      b.      No later than thirty (30) days following the entry of this Consent Judgment, deliver to the U.S. Wage and Hour Division the last known contact information for all current and former employees listed in Exhibit A, including last known address, email, telephone number, and social security number.

      c.      No later than thirty (30) days following entry of this Consent Judgment, make the civil money penalty payments required by this Consent Judgment online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77743734, or by going to www.pay.gov and searching "WHD Civil Money Penalty - WE Region."

7.      In the event of any default in the timely making of any payment due hereunder, the full amount due under this Judgment which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Acting Secretary's sending by ordinary mail a written demand to the last business address of Defendants then known to the Acting Secretary with electronic copies also concurrently e-served on Defendants' counsel of record.

8.      The Acting Secretary shall distribute the payments described in Paragraph 6a to employees listed in **Exhibit A,** or if necessary, to the employees' estates. If any monies are not distributed to employees within three years from the date of receipt of payment from Defendants because of an inability to locate the proper persons or because of their refusal to accept it, the Acting Secretary shall deposit the payment into the Treasury of the United States of America as miscellaneous receipts under 29 U.S.C. § 216(c).

9.      No later than thirty (30) days of the entry of this Judgment, Defendants shall supply all current employees with copies of the attached **Exhibit B**. In addition, Defendants shall provide copies of **Exhibit B** to all new hires and post a copy at a work location where it is visible to employees for the period of two (2) years from the date of entry of this Consent Judgment.

**IT IS FURTHER ORDERED** that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached **Exhibit A**, nor as to any employee named on the attached **Exhibit A** for any period not specified therein, nor as to any employer other than Defendants.

**IT IS FURTHER ORDERED** that each party shall bear their own fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended, to the date of entry of the Judgment herein; and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

**IT IS SO ORDERED.**

DATED this __1st__ day of __February__, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*For Plaintiff*

SEEMA NANDA
Solicitor of Labor
MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor

*/s/ Andrew M. Katz*
ANDREW M. KATZ
Senior Trial Attorney

*/s/ Julia B. Hayer*
JULIA B. HAYER
Trial Attorney

---

**CONSENT JUDGMENT AND ORDER**

*For Defendants*

The Defendants hereby appear and consent to the entry of this Judgment and waives notice by the Clerk of Court.

_____
PIZZICATO, INC.
By: Tracy Frankel, President
[name/title]

_____
MARC FRANKEL

_____
TRACY FRANKEL

_____
JOHN-FELIX RIPPEL

*Approved as to form:*

_____
LEAH LIVELY, ESQ.
BUCHALTER
Attorney for Defendants

**Exhibit A**

|    | First Name | Last Name | Start Period | End Period | Tips | Liquidated Damages | Total |
|----|------------|-----------|--------------|------------|------|--------------------|-------|
| 1  | Jordon | Adams | 11/21/2021 | 8/31/2023 | $863.84 | $863.84 | **$1,727.68** |
| 2  | Austin | Agnew | 1/3/2021 | 4/3/2022 | $1,331.41 | $1,331.41 | **$2,662.82** |
| 3  | Josue | Aldana Oliva | 1/3/2021 | 11/4/2021 | $807.53 | $807.53 | **$1,615.06** |
| 4  | Ana | Allsup Cabrera | 7/18/2021 | 8/16/2021 | $29.60 | $29.60 | **$59.20** |
| 5  | Alejandro | Amador | 1/3/2021 | 8/31/2023 | $2,149.42 | $2,149.42 | **$4,298.84** |
| 6  | Aaron | Anderson | 5/9/2021 | 1/11/2022 | $453.50 | $453.50 | **$907.00** |
| 7  | Helen | Andino | 10/23/2022 | 8/31/2023 | $83.61 | $83.61 | **$167.22** |
| 8  | Josie | Arndt | 1/3/2021 | 8/12/2022 | $1,038.32 | $1,038.32 | **$2,076.64** |
| 9  | Nathan | Asher | 7/4/2021 | 8/31/2023 | $467.06 | $467.06 | **$934.12** |
| 10 | Keith | Baggetta | 2/14/2021 | 8/31/2023 | $3,091.12 | $3,091.12 | **$6,182.24** |
| 11 | Seth | Baker | 7/18/2021 | 8/19/2021 | $28.66 | $28.66 | **$57.32** |
| 12 | Neishma | Balaguer Sagardia | 3/14/2021 | 8/31/2023 | $72.45 | $72.45 | **$144.90** |
| 13 | Nicholas | Baldwin | 2/28/2021 | 9/9/2021 | $837.18 | $837.18 | **$1,674.36** |
| 14 | Joshua | Balogh | 6/5/2022 | 8/29/2022 | $205.88 | $205.88 | **$411.76** |
| 15 | Zara | Balzer | 9/12/2021 | 8/31/2023 | $1,116.41 | $1,116.41 | **$2,232.82** |
| 16 | Joseph | Bangs | 1/17/2021 | 3/3/2021 | $134.45 | $134.45 | **$268.90** |
| 17 | Cooper | Banks | 10/23/2022 | 8/31/2023 | $36.77 | $36.77 | **$73.54** |
| 18 | Sterling | Baraquio | 10/9/2022 | 8/31/2023 | $336.80 | $336.80 | **$673.60** |
| 19 | Hannah | Barchini | 6/20/2021 | 1/12/2022 | $1,017.01 | $1,017.01 | **$2,034.02** |
| 20 | Mykael | Barnes | 4/24/2022 | 8/31/2023 | $410.38 | $410.38 | **$820.76** |
| 21 | William | Barnett | 1/3/2021 | 8/31/2023 | $3,130.35 | $3,130.35 | **$6,260.70** |
| 22 | Tyler | Beecroft | 1/3/2021 | 8/31/2023 | $1,893.39 | $1,893.39 | **$3,786.78** |
| 23 | Florimina | Berduo De Gomez | 1/3/2021 | 2/4/2021 | $52.31 | $52.31 | **$104.62** |
| 24 | Seth | Berg | 8/14/2022 | 8/31/2023 | $428.76 | $428.76 | **$857.52** |
| 25 | Grant | Bergquist | 1/30/2022 | 3/24/2022 | $79.75 | $79.75 | **$159.50** |
| 26 | Natalia | Bermudez | 5/8/2022 | 8/4/2022 | $459.91 | $459.91 | **$919.82** |
| 27 | Tyson | Biegler | 6/6/2021 | 8/31/2023 | $1,768.03 | $1,768.03 | **$3,536.06** |
| 28 | James | Bingham | 1/3/2021 | 8/31/2023 | $2,342.19 | $2,342.19 | **$4,684.38** |
| 29 | Eli | Bolan | 1/30/2022 | 8/31/2023 | $258.73 | $258.73 | **$517.46** |
| 30 | Karlee | Boon | 1/3/2021 | 3/30/2021 | $86.63 | $86.63 | **$173.26** |
| 31 | Lilia | Brackinreed | 5/22/2022 | 7/25/2022 | $205.58 | $205.58 | **$411.16** |
| 32 | Joel | Brazington | 1/3/2021 | 8/31/2023 | $1,598.65 | $1,598.65 | **$3,197.30** |
| 33 | Ryan | Brisbois | 10/23/2022 | 8/31/2023 | $145.11 | $145.11 | **$290.22** |

| 34 | Jackson | Bromley | 8/1/2021 | 8/31/2023 | $652.57 | $652.57 | **$1,305.14** |
|---|---|---|---|---|---|---|---|
| 35 | Destin | Brown | 1/3/2021 | 8/31/2023 | $21.47 | $21.47 | **$42.94** |
| 36 | Natalie | Brown | 8/29/2021 | 7/6/2022 | $1,073.66 | $1,073.66 | **$2,147.32** |
| 37 | Elizabeth | Brown | 1/3/2021 | 3/30/2022 | $1,759.94 | $1,759.94 | **$3,519.88** |
| 38 | Samantha | Brzoska | 1/3/2021 | 2/26/2021 | $242.07 | $242.07 | **$484.14** |
| 39 | Jonathan | Buck | 1/3/2021 | 5/13/2021 | $162.26 | $162.26 | **$324.52** |
| 40 | Audree | Buckley | 11/6/2022 | 8/31/2023 | $122.29 | $122.29 | **$244.58** |
| 41 | Jackson | Buerk | 11/21/2021 | 3/30/2022 | $311.43 | $311.43 | **$622.86** |
| 42 | Max | Burbell | 4/25/2021 | 9/9/2021 | $253.23 | $253.23 | **$506.46** |
| 43 | Kyle | Burns | 1/3/2021 | 1/24/2021 | $52.15 | $52.15 | **$104.30** |
| 44 | Tyler | Burrell | 8/28/2022 | 8/31/2023 | $482.10 | $482.10 | **$964.20** |
| 45 | Jasper | Byrnes | 9/25/2022 | 8/31/2023 | $301.41 | $301.41 | **$602.82** |
| 46 | Giordan | Calzadilla | 10/9/2022 | 8/31/2023 | $159.97 | $159.97 | **$319.94** |
| 47 | Sage | Campa | 1/3/2021 | 5/31/2021 | $693.59 | $693.59 | **$1,387.18** |
| 48 | Brandy | Cantua | 11/20/2022 | 8/31/2023 | $46.59 | $46.59 | **$93.18** |
| 49 | Anna | Carlin | 3/28/2021 | 10/24/2022 | $1,625.79 | $1,625.79 | **$3,251.58** |
| 50 | Cole | Carter | 7/17/2022 | 12/16/2022 | $235.16 | $235.16 | **$470.32** |
| 51 | Andrew | Castaneda | 3/14/2021 | 9/15/2021 | $207.55 | $207.55 | **$415.10** |
| 52 | Rodolfo | Castanon | 1/3/2021 | 8/31/2023 | $1,640.58 | $1,640.58 | **$3,281.16** |
| 53 | Angelo | Castillo | 7/17/2022 | 8/31/2023 | $1,004.65 | $1,004.65 | **$2,009.30** |
| 54 | Nathan | Cekoric | 1/3/2021 | 8/31/2023 | $3,613.22 | $3,613.22 | **$7,226.44** |
| 55 | Desiree | Chambers | 8/1/2021 | 10/7/2021 | $94.57 | $94.57 | **$189.14** |
| 56 | Alan | Chan | 1/3/2021 | 5/21/2021 | $296.22 | $296.22 | **$592.44** |
| 57 | Dhruva | Chatterjee | 2/28/2021 | 7/2/2021 | $574.28 | $574.28 | **$1,148.56** |
| 58 | Yee-Ron | Cheng | 3/28/2021 | 8/14/2021 | $484.66 | $484.66 | **$969.32** |
| 59 | Garrett | Chin | 12/19/2021 | 8/31/2023 | $1,373.50 | $1,373.50 | **$2,747.00** |
| 60 | Zodiac | Clark | 1/3/2021 | 7/31/2021 | $750.82 | $750.82 | **$1,501.64** |
| 61 | Gavin | Codda | 9/11/2022 | 8/31/2023 | $207.91 | $207.91 | **$415.82** |
| 62 | Cassius | Comfort | 4/24/2022 | 8/31/2023 | $579.52 | $579.52 | **$1,159.04** |
| 63 | Stephen | Conley | 4/24/2022 | 8/31/2023 | $136.98 | $136.98 | **$273.96** |
| 64 | Cedar | Connell | 7/18/2021 | 8/31/2023 | $1,036.06 | $1,036.06 | **$2,072.12** |
| 65 | Cory | Corzine | 1/3/2021 | 11/4/2021 | $646.51 | $646.51 | **$1,293.02** |
| 66 | Carollyne | Coulson | 11/21/2021 | 8/31/2023 | $472.50 | $472.50 | **$945.00** |
| 67 | Annabel | Cowden | 1/3/2021 | 6/2/2021 | $379.45 | $379.45 | **$758.90** |
| 68 | Annie | Crane | 9/12/2021 | 10/25/2021 | $77.20 | $77.20 | **$154.40** |
| 69 | Cosmo | Crecca | 10/10/2021 | 8/12/2022 | $392.91 | $392.91 | **$785.82** |
| 70 | Kimberly | Cruz Cobar | 1/3/2021 | 7/20/2021 | $507.91 | $507.91 | **$1,015.82** |

**CONSENT JUDGMENT AND ORDER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | Aja | Cuevas-Tolentino | 8/14/2022 | 8/31/2023 | $257.27 | $257.27 | **$514.54** |
| 72 | Max | Culp | 1/3/2021 | 8/31/2023 | $1,620.97 | $1,620.97 | **$3,241.94** |
| 73 | Olivia | Cu-Pierson | 1/3/2021 | 5/25/2021 | $605.19 | $605.19 | **$1,210.38** |
| 74 | Cy | Cupper | 4/11/2021 | 8/31/2023 | $195.51 | $195.51 | **$391.02** |
| 75 | Bridger | Curtis | 8/1/2021 | 8/31/2023 | $1,794.82 | $1,794.82 | **$3,589.64** |
| 76 | Scarlett | Dalbok | 7/4/2021 | 9/25/2021 | $191.15 | $191.15 | **$382.30** |
| 77 | Michael | Darling | 5/22/2022 | 7/6/2022 | $473.54 | $473.54 | **$947.08** |
| 78 | Carson | Davis | 5/8/2022 | 8/31/2023 | $515.52 | $515.52 | **$1,031.04** |
| 79 | Lauren | Decker | 4/10/2022 | 8/12/2022 | $102.39 | $102.39 | **$204.78** |
| 80 | Laura | DeNicola | 9/12/2021 | 8/31/2023 | $2,018.83 | $2,018.83 | **$4,037.66** |
| 81 | Christopher | DeNicola | 7/4/2021 | 8/31/2023 | $3,396.98 | $3,396.98 | **$6,793.96** |
| 82 | Ashley | Dietz | 1/16/2022 | 8/12/2022 | $367.60 | $367.60 | **$735.20** |
| 83 | Wesley | Dilling | 12/4/2022 | 8/31/2023 | $92.25 | $92.25 | **$184.50** |
| 84 | Douglas | Dillingham | 11/7/2021 | 8/12/2022 | $149.17 | $149.17 | **$298.34** |
| 85 | Mikko | Dizack | 8/14/2022 | 11/14/2022 | $201.68 | $201.68 | **$403.36** |
| 86 | Laura | Doolittle | 8/1/2021 | 8/18/2021 | $22.53 | $22.53 | **$45.06** |
| 87 | Britt | Doom | 4/25/2021 | 6/25/2021 | $170.02 | $170.02 | **$340.04** |
| 88 | Jan | Droste | 1/3/2021 | 4/20/2022 | $1,232.12 | $1,232.12 | **$2,464.24** |
| 89 | Colton | Dunham | 5/8/2022 | 8/25/2022 | $278.34 | $278.34 | **$556.68** |
| 90 | Michael | Duval | 8/15/2021 | 10/4/2021 | $224.34 | $224.34 | **$448.68** |
| 91 | Lily | Eckert | 1/3/2021 | 7/12/2021 | $630.77 | $630.77 | **$1,261.54** |
| 92 | Heidi | Elliot | 9/12/2021 | 11/22/2021 | $222.21 | $222.21 | **$444.42** |
| 93 | Elizabeth | Emer | 1/3/2021 | 8/31/2023 | $888.75 | $888.75 | **$1,777.50** |
| 94 | Douglass | Erbst | 1/3/2021 | 7/7/2022 | $1,192.12 | $1,192.12 | **$2,384.24** |
| 95 | Nate | Erickson | 6/5/2022 | 8/31/2023 | $397.05 | $397.05 | **$794.10** |
| 96 | Gabriel | Ervin | 1/3/2021 | 8/31/2023 | $934.46 | $934.46 | **$1,868.92** |
| 97 | Nathan | Escobar | 6/5/2022 | 8/31/2023 | $383.73 | $383.73 | **$767.46** |
| 98 | Jehudi | Escobar | 1/3/2021 | 8/31/2023 | $2,858.04 | $2,858.04 | **$5,716.08** |
| 99 | Troy | Espinosa | 1/3/2021 | 8/31/2023 | $3,615.95 | $3,615.95 | **$7,231.90** |
| 100 | Fitch | Evans | 6/19/2022 | 7/21/2022 | $55.58 | $55.58 | **$111.16** |
| 101 | Ian | Fairweather | 2/14/2021 | 8/31/2023 | $3,732.04 | $3,732.04 | **$7,464.08** |
| 102 | Colin | Farver | 1/3/2021 | 8/31/2023 | $2,358.92 | $2,358.92 | **$4,717.84** |
| 103 | Maya | Feldman-Dragich | 6/5/2022 | 8/31/2023 | $305.70 | $305.70 | **$611.40** |
| 104 | Marcus | Ferreira | 2/13/2022 | 8/31/2023 | $1,644.52 | $1,644.52 | **$3,289.04** |
| 105 | Daniel | Fitzgerald | 1/3/2021 | 8/31/2023 | $448.00 | $448.00 | **$896.00** |
| 106 | Kai | Fontenot | 6/19/2022 | 8/31/2023 | $216.58 | $216.58 | **$433.16** |
| 107 | Ted | Frakes | 9/12/2021 | 10/14/2021 | $104.97 | $104.97 | **$209.94** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 108 | Luke | Frechette | 1/2/2022 | 8/31/2023 | $1,309.96 | $1,309.96 | **$2,619.92** |
| 109 | John | Freed | 8/15/2021 | 8/31/2023 | $2,266.77 | $2,266.77 | **$4,533.54** |
| 110 | Martin | Fritzsche | 6/19/2022 | 8/31/2023 | $346.83 | $346.83 | **$693.66** |
| 111 | Jonathan | Fulton | 12/5/2021 | 8/31/2023 | $946.21 | $946.21 | **$1,892.42** |
| 112 | Cassandra | Funmaker | 10/10/2021 | 10/31/2021 | $34.69 | $34.69 | **$69.38** |
| 113 | Amelia | Garfias Echeverria | 7/31/2022 | 8/31/2023 | $665.02 | $665.02 | **$1,330.04** |
| 114 | Eric | Gebhard | 12/18/2022 | 8/31/2023 | $29.65 | $29.65 | **$59.30** |
| 115 | Alex | Gedrose | 6/20/2021 | 7/28/2022 | $710.21 | $710.21 | **$1,420.42** |
| 116 | Paiman | Ghamai | 9/11/2022 | 8/31/2023 | $127.54 | $127.54 | **$255.08** |
| 117 | Sean | Gilfillan | 11/6/2022 | 8/31/2023 | $151.07 | $151.07 | **$302.14** |
| 118 | Nathaniel | Gingell | 4/24/2022 | 8/31/2023 | $1,257.41 | $1,257.41 | **$2,514.82** |
| 119 | Michael | Glenn | 1/3/2021 | 8/31/2023 | $859.66 | $859.66 | **$1,719.32** |
| 120 | Jonah | Goldin-Dubois | 9/12/2021 | 7/30/2022 | $535.76 | $535.76 | **$1,071.52** |
| 121 | Madeline | Goldman | 11/21/2021 | 12/11/2021 | $40.63 | $40.63 | **$81.26** |
| 122 | Maria | Gonzalez | 5/23/2021 | 7/15/2021 | $97.26 | $97.26 | **$194.52** |
| 123 | Brooke | Gonzalez | 1/3/2021 | 8/31/2023 | $3,405.30 | $3,405.30 | **$6,810.60** |
| 124 | Patricia | Gonzalez Osorio | 9/12/2021 | 8/31/2023 | $2,691.12 | $2,691.12 | **$5,382.24** |
| 125 | John | Gormley | 7/31/2022 | 8/31/2023 | $633.21 | $633.21 | **$1,266.42** |
| 126 | Sonja | Gower | 1/3/2021 | 8/31/2023 | $158.50 | $158.50 | **$317.00** |
| 127 | Tyler | Grates | 1/17/2021 | 8/31/2023 | $38.57 | $38.57 | **$77.14** |
| 128 | AlexAndria | Griffey | 3/13/2022 | 8/31/2023 | $805.97 | $805.97 | **$1,611.94** |
| 129 | Nicholas | Grover | 1/3/2021 | 11/24/2022 | $3,320.51 | $3,320.51 | **$6,641.02** |
| 130 | Zachary | Grow | 7/3/2022 | 9/23/2022 | $145.44 | $145.44 | **$290.88** |
| 131 | Katherine | Grube | 10/24/2021 | 12/31/2021 | $68.74 | $68.74 | **$137.48** |
| 132 | Whitney | Guiou | 1/3/2021 | 8/31/2023 | $1,972.60 | $1,972.60 | **$3,945.20** |
| 133 | Drew | Gunn | 1/3/2021 | 3/25/2021 | $149.21 | $149.21 | **$298.42** |
| 134 | Teran | Hadley | 1/3/2021 | 4/1/2022 | $2,357.80 | $2,357.80 | **$4,715.60** |
| 135 | Charlie | Hagen | 1/3/2021 | 8/31/2023 | $236.60 | $236.60 | **$473.20** |
| 136 | Jacob | Haley | 3/14/2021 | 8/31/2023 | $1,337.26 | $1,337.26 | **$2,674.52** |
| 137 | Halie | Halverson | 8/15/2021 | 10/29/2021 | $148.35 | $148.35 | **$296.70** |
| 138 | Erin | Hanscom | 1/3/2021 | 8/31/2023 | $1,875.10 | $1,875.10 | **$3,750.20** |
| 139 | Lilly | Hanson | 7/18/2021 | 11/29/2021 | $153.03 | $153.03 | **$306.06** |
| 140 | Brian | Hanson | 5/23/2021 | 6/27/2022 | $631.08 | $631.08 | **$1,262.16** |
| 141 | Aryana | Hantz | 8/15/2021 | 8/31/2023 | $2,108.87 | $2,108.87 | **$4,217.74** |
| 142 | Clare | Hardwick | 5/23/2021 | 8/31/2023 | $84.80 | $84.80 | **$169.60** |
| 143 | Chase | Hargrove | 11/21/2021 | 12/10/2021 | $63.30 | $63.30 | **$126.60** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 144 | Aaron | Harleman | 1/3/2021 | 10/9/2021 | $1,259.41 | $1,259.41 | **$2,518.82** |
| 145 | Alex | Harmon | 5/23/2021 | 8/18/2021 | $320.38 | $320.38 | **$640.76** |
| 146 | Henry | Hausner | 1/3/2021 | 9/15/2021 | $577.73 | $577.73 | **$1,155.46** |
| 147 | Simone | Hawley | 1/3/2021 | 2/22/2021 | $178.55 | $178.55 | **$357.10** |
| 148 | Tremaine | Hawthorne | 9/11/2022 | 8/31/2023 | $243.76 | $243.76 | **$487.52** |
| 149 | Kelton | Hedges | 1/3/2021 | 11/19/2022 | $3,162.16 | $3,162.16 | **$6,324.32** |
| 150 | Isabel | Heller | 9/11/2022 | 8/31/2023 | $249.91 | $249.91 | **$499.82** |
| 151 | Emanuel | Heller | 1/3/2021 | 8/12/2022 | $920.90 | $920.90 | **$1,841.80** |
| 152 | Travis F | Hennon | 1/3/2021 | 2/22/2021 | $264.96 | $264.96 | **$529.92** |
| 153 | Rory | Henry | 2/28/2021 | 7/6/2022 | $1,817.51 | $1,817.51 | **$3,635.02** |
| 154 | Mia | Hermann | 6/6/2021 | 1/10/2022 | $184.09 | $184.09 | **$368.18** |
| 155 | Amy | Hillberg | 11/6/2022 | 11/21/2022 | $26.69 | $26.69 | **$53.38** |
| 156 | Jonah | Holder | 1/30/2022 | 8/12/2022 | $185.18 | $185.18 | **$370.36** |
| 157 | Riley | Holenstein | 11/7/2021 | 8/12/2022 | $586.69 | $586.69 | **$1,173.38** |
| 158 | Courtney | Holman | 9/12/2021 | 8/12/2022 | $397.90 | $397.90 | **$795.80** |
| 159 | Dustin | Holtz | 4/24/2022 | 8/31/2023 | $736.40 | $736.40 | **$1,472.80** |
| 160 | Tom | Hopkins | 1/3/2021 | 8/31/2023 | $1,489.85 | $1,489.85 | **$2,979.70** |
| 161 | Luke | Horstmann | 1/3/2021 | 8/28/2021 | $1,128.69 | $1,128.69 | **$2,257.38** |
| 162 | Noosheen | Hossein | 6/20/2021 | 4/14/2022 | $1,150.09 | $1,150.09 | **$2,300.18** |
| 163 | Levi | Hudson | 8/29/2021 | 9/16/2022 | $1,047.54 | $1,047.54 | **$2,095.08** |
| 164 | Jacob | Hughey | 7/4/2021 | 8/31/2023 | $2,591.33 | $2,591.33 | **$5,182.66** |
| 165 | Andre | Huynh | 3/13/2022 | 9/2/2022 | $120.50 | $120.50 | **$241.00** |
| 166 | Nick | Jackson | 10/23/2022 | 8/31/2023 | $92.90 | $92.90 | **$185.80** |
| 167 | Nina | Jacobs | 1/3/2021 | 3/25/2022 | $1,238.49 | $1,238.49 | **$2,476.98** |
| 168 | Uriah | Johnson | 4/10/2022 | 8/31/2023 | $1,018.41 | $1,018.41 | **$2,036.82** |
| 169 | Elijah | Jones | 8/1/2021 | 9/6/2021 | $66.86 | $66.86 | **$133.72** |
| 170 | Creedence | Jordan | 10/23/2022 | 8/31/2023 | $112.05 | $112.05 | **$224.10** |
| 171 | Jay | Jording | 1/3/2021 | 8/7/2021 | $413.91 | $413.91 | **$827.82** |
| 172 | Ryan | Keefe | 1/3/2021 | 8/31/2023 | $1,910.42 | $1,910.42 | **$3,820.84** |
| 173 | Genevieve | Kelly | 5/22/2022 | 7/25/2022 | $382.96 | $382.96 | **$765.92** |
| 174 | Riley | Kemp | 1/3/2021 | 8/31/2023 | $1,408.23 | $1,408.23 | **$2,816.46** |
| 175 | Miriam | Kennelly | 6/6/2021 | 8/31/2023 | $93.32 | $93.32 | **$186.64** |
| 176 | Lucian | Kennelly | 12/5/2021 | 8/31/2023 | $950.13 | $950.13 | **$1,900.26** |
| 177 | Jacob | Kersley | 1/3/2021 | 8/31/2023 | $991.51 | $991.51 | **$1,983.02** |
| 178 | Austin | King | 8/15/2021 | 10/20/2021 | $111.90 | $111.90 | **$223.80** |
| 179 | Sophia | Klahn | 7/4/2021 | 8/31/2023 | $1,075.39 | $1,075.39 | **$2,150.78** |
| 180 | Irina | Klippert | 8/1/2021 | 8/31/2023 | $723.07 | $723.07 | **$1,446.14** |
| 181 | Eli | Krantz | 1/17/2021 | 12/16/2021 | $1,038.97 | $1,038.97 | **$2,077.94** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 182 | Austin | Kreiter | 8/14/2022 | 11/8/2022 | $317.23 | $317.23 | **$634.46** |
| 183 | Paul | Kress | 10/9/2022 | 8/31/2023 | $384.68 | $384.68 | **$769.36** |
| 184 | Braedon | Kwiecieu | 11/7/2021 | 12/31/2021 | $67.97 | $67.97 | **$135.94** |
| 185 | William | Ladd | 8/14/2022 | 8/31/2023 | $159.31 | $159.31 | **$318.62** |
| 186 | Emily | Lane | 7/4/2021 | 9/15/2021 | $89.82 | $89.82 | **$179.64** |
| 187 | Emrie | Langfeldt | 5/23/2021 | 8/31/2023 | $160.10 | $160.10 | **$320.20** |
| 188 | Ka'ena | Larson | 5/8/2022 | 7/25/2022 | $205.17 | $205.17 | **$410.34** |
| 189 | Maryjane | Lasser | 1/3/2021 | 10/1/2021 | $389.45 | $389.45 | **$778.90** |
| 190 | Cassidy | Leathers | 1/3/2021 | 9/13/2021 | $1,199.56 | $1,199.56 | **$2,399.12** |
| 191 | Abby | Ledoux | 2/14/2021 | 5/31/2021 | $167.93 | $167.93 | **$335.86** |
| 192 | Rachel | Lee | 6/5/2022 | 7/13/2022 | $77.71 | $77.71 | **$155.42** |
| 193 | Claire | Lee | 6/6/2021 | 9/11/2021 | $261.20 | $261.20 | **$522.40** |
| 194 | Jason | LeFever | 1/3/2021 | 5/21/2021 | $382.19 | $382.19 | **$764.38** |
| 195 | Brendon | Lelugas | 1/3/2021 | 8/31/2023 | $3,329.85 | $3,329.85 | **$6,659.70** |
| 196 | Fredryk | Lemke | 1/30/2022 | 8/31/2023 | $1,160.04 | $1,160.04 | **$2,320.08** |
| 197 | Abigail | Lenk | 4/11/2021 | 11/11/2021 | $650.91 | $650.91 | **$1,301.82** |
| 198 | Jade | Lennon | 1/3/2021 | 8/31/2023 | $604.07 | $604.07 | **$1,208.14** |
| 199 | Ian | Lewis | 5/23/2021 | 8/8/2021 | $120.74 | $120.74 | **$241.48** |
| 200 | Nathan | Limbaugh | 11/21/2021 | 8/31/2023 | $607.17 | $607.17 | **$1,214.34** |
| 201 | Evelyn | Lion | 3/27/2022 | 8/31/2023 | $1,062.34 | $1,062.34 | **$2,124.68** |
| 202 | Piper | Livingston | 2/28/2021 | 8/31/2023 | $1,337.15 | $1,337.15 | **$2,674.30** |
| 203 | Andrew | Loftus | 1/3/2021 | 8/31/2023 | $2,170.61 | $2,170.61 | **$4,341.22** |
| 204 | Pamela | Long | 3/13/2022 | 7/1/2022 | $447.19 | $447.19 | **$894.38** |
| 205 | Alison | Lowe | 8/14/2022 | 8/31/2023 | $179.12 | $179.12 | **$358.24** |
| 206 | Patrick | Luker | 10/24/2021 | 8/31/2023 | $1,570.54 | $1,570.54 | **$3,141.08** |
| 207 | Carla | Macedo | 8/1/2021 | 9/18/2021 | $112.38 | $112.38 | **$224.76** |
| 208 | Christopher | Mackelprang | 9/11/2022 | 10/2/2022 | $40.22 | $40.22 | **$80.44** |
| 209 | Forest | Maddox | 1/3/2021 | 6/7/2021 | $327.32 | $327.32 | **$654.64** |
| 210 | Cecilia | Madera | 12/4/2022 | 8/31/2023 | $50.25 | $50.25 | **$100.50** |
| 211 | Breanna | Madison | 6/5/2022 | 8/31/2023 | $20.60 | $20.60 | **$41.20** |
| 212 | Wyatt | Mahanes | 1/3/2021 | 8/15/2021 | $331.11 | $331.11 | **$662.22** |
| 213 | Michael | Manning | 1/30/2022 | 8/31/2023 | $1,603.55 | $1,603.55 | **$3,207.10** |
| 214 | Grant | Mansour | 1/3/2021 | 5/24/2021 | $637.09 | $637.09 | **$1,274.18** |
| 215 | Emma | Marchello | 4/24/2022 | 8/31/2023 | $685.51 | $685.51 | **$1,371.02** |
| 216 | Conner | Marron | 1/3/2021 | 4/2/2021 | $147.75 | $147.75 | **$295.50** |
| 217 | Christopher | Martinez | 4/10/2022 | 8/31/2023 | $1,106.73 | $1,106.73 | **$2,213.46** |
| 218 | Jimmie | Mason | 8/29/2021 | 12/31/2021 | $242.71 | $242.71 | **$485.42** |
| 219 | Alex | Massenkoff | 1/3/2021 | 8/16/2021 | $1,079.59 | $1,079.59 | **$2,159.18** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 220 | Spenser | Masterson | 1/3/2021 | 8/31/2023 | $1,851.53 | $1,851.53 | **$3,703.06** |
| 221 | Adrien | Mathieu | 11/21/2021 | 2/1/2022 | $91.40 | $91.40 | **$182.80** |
| 222 | William | Matlock | 3/27/2022 | 4/29/2022 | $73.50 | $73.50 | **$147.00** |
| 223 | Braden | Maurer | 1/3/2021 | 7/6/2022 | $1,013.83 | $1,013.83 | **$2,027.66** |
| 224 | Cory | McAllister | 10/10/2021 | 8/31/2023 | $1,703.04 | $1,703.04 | **$3,406.08** |
| 225 | Nicholas | McCleery | 9/25/2022 | 8/31/2023 | $483.15 | $483.15 | **$966.30** |
| 226 | Timothy | McFadden | 1/3/2021 | 2/21/2022 | $1,458.32 | $1,458.32 | **$2,916.64** |
| 227 | Sam | McGinnis | 1/3/2021 | 8/18/2021 | $1,143.44 | $1,143.44 | **$2,286.88** |
| 228 | Samuel | Meade | 6/6/2021 | 9/15/2021 | $265.82 | $265.82 | **$531.64** |
| 229 | Jared | Melgarejo | 6/5/2022 | 8/31/2023 | $359.71 | $359.71 | **$719.42** |
| 230 | Bibian | Mendez | 1/3/2021 | 5/30/2022 | $2,284.49 | $2,284.49 | **$4,568.98** |
| 231 | Anthony | Mendez Mendez | 1/3/2021 | 4/11/2021 | $355.34 | $355.34 | **$710.68** |
| 232 | Andrew | Mercil | 1/3/2021 | 8/31/2023 | $3,205.31 | $3,205.31 | **$6,410.62** |
| 233 | Melanie | Merlo | 1/3/2021 | 8/31/2023 | $254.13 | $254.13 | **$508.26** |
| 234 | Kathryn | Mersereau | 7/18/2021 | 8/31/2023 | $1,541.81 | $1,541.81 | **$3,083.62** |
| 235 | Natalie | Merwin | 1/3/2021 | 8/31/2023 | $1,676.56 | $1,676.56 | **$3,353.12** |
| 236 | Stuart | Meyer | 6/6/2021 | 8/31/2023 | $87.08 | $87.08 | **$174.16** |
| 237 | Daniel | Michtom | 9/25/2022 | 8/31/2023 | $163.94 | $163.94 | **$327.88** |
| 238 | Destiny | Middleton | 5/23/2021 | 8/5/2021 | $69.49 | $69.49 | **$138.98** |
| 239 | Guillermo | Mier | 12/19/2021 | 8/31/2023 | $629.38 | $629.38 | **$1,258.76** |
| 240 | Mitchelle | Millbrooke | 7/4/2021 | 8/31/2023 | $74.82 | $74.82 | **$149.64** |
| 241 | Ethan | Mills | 6/5/2022 | 9/22/2022 | $208.58 | $208.58 | **$417.16** |
| 242 | Danica | Milos-Manthey | 7/17/2022 | 8/31/2023 | $234.46 | $234.46 | **$468.92** |
| 243 | Spencer | Moffat | 8/28/2022 | 8/31/2023 | $313.84 | $313.84 | **$627.68** |
| 244 | Paul | Molatore | 1/3/2021 | 8/31/2023 | $2,003.85 | $2,003.85 | **$4,007.70** |
| 245 | Alexander | Montgomery | 7/3/2022 | 8/31/2023 | $173.97 | $173.97 | **$347.94** |
| 246 | Riley | Moore | 1/3/2021 | 8/31/2023 | $502.74 | $502.74 | **$1,005.48** |
| 247 | Chase | Morley | 6/19/2022 | 9/26/2022 | $129.76 | $129.76 | **$259.52** |
| 248 | Devan | Munsey | 1/3/2021 | 8/31/2023 | $2,215.62 | $2,215.62 | **$4,431.24** |
| 249 | Kathryn | Murphy | 1/3/2021 | 8/30/2021 | $660.01 | $660.01 | **$1,320.02** |
| 250 | Patrick | Namwembe | 6/20/2021 | 8/13/2021 | $145.35 | $145.35 | **$290.70** |
| 251 | Jessica | Nash | 9/25/2022 | 8/31/2023 | $84.87 | $84.87 | **$169.74** |
| 252 | Blanca | Navarrete | 9/26/2021 | 11/29/2022 | $598.76 | $598.76 | **$1,197.52** |
| 253 | Nicholas | Newlin | 6/20/2021 | 1/3/2022 | $537.46 | $537.46 | **$1,074.92** |
| 254 | Vu | Nguyen | 1/3/2021 | 8/31/2023 | $1,537.29 | $1,537.29 | **$3,074.58** |
| 255 | Nils | Niswonger | 1/30/2022 | 8/31/2023 | $787.54 | $787.54 | **$1,575.08** |
| 256 | Caitlin | Noles | 3/28/2021 | 2/1/2022 | $345.69 | $345.69 | **$691.38** |

| 257 | Sophia | Nomina | 4/10/2022 | 8/31/2023 | $654.23 | $654.23 | **$1,308.46** |
|---|---|---|---|---|---|---|---|
| 258 | Charles | Olson | 1/16/2022 | 4/27/2022 | $407.80 | $407.80 | **$815.60** |
| 259 | Kaia | Opalinski | 3/14/2021 | 8/31/2023 | $275.65 | $275.65 | **$551.30** |
| 260 | Evan | Orellana | 1/3/2021 | 7/1/2021 | $449.16 | $449.16 | **$898.32** |
| 261 | Derek | Osborne | 1/3/2021 | 2/8/2021 | $204.26 | $204.26 | **$408.52** |
| 262 | Allen | Parks | 1/3/2021 | 8/2/2021 | $369.84 | $369.84 | **$739.68** |
| 263 | Lindsey | Patterson | 4/25/2021 | 6/7/2021 | $132.35 | $132.35 | **$264.70** |
| 264 | Faith | Pauken | 1/3/2021 | 4/29/2021 | $439.66 | $439.66 | **$879.32** |
| 265 | Matthew | Perkins | 4/11/2021 | 7/19/2021 | $275.04 | $275.04 | **$550.08** |
| 266 | Ekaterina | Pervova | 1/3/2021 | 8/11/2022 | $2,380.56 | $2,380.56 | **$4,761.12** |
| 267 | Michael | Philbrook | 1/3/2021 | 8/31/2023 | $775.91 | $775.91 | **$1,551.82** |
| 268 | Adrian | Pinger | 2/27/2022 | 3/11/2022 | $33.00 | $33.00 | **$66.00** |
| 269 | Max | Platt-Devlin | 1/16/2022 | 2/10/2022 | $81.64 | $81.64 | **$163.28** |
| 270 | Nicholas | Pontrelli | 6/6/2021 | 7/26/2021 | $87.88 | $87.88 | **$175.76** |
| 271 | Evan | Porter | 6/5/2022 | 8/31/2023 | $346.94 | $346.94 | **$693.88** |
| 272 | Dylan | Powell | 8/1/2021 | 9/25/2021 | $69.44 | $69.44 | **$138.88** |
| 273 | Madison | Ranger | 1/16/2022 | 8/31/2023 | $1,359.05 | $1,359.05 | **$2,718.10** |
| 274 | Nicholas | Reardon | 1/3/2021 | 8/12/2022 | $642.52 | $642.52 | **$1,285.04** |
| 275 | Kris | Reaves | 2/28/2021 | 4/29/2021 | $124.33 | $124.33 | **$248.66** |
| 276 | Joshua | Reed | 10/23/2022 | 8/31/2023 | $205.06 | $205.06 | **$410.12** |
| 277 | Isabella | Retallack | 1/17/2021 | 3/6/2021 | $104.55 | $104.55 | **$209.10** |
| 278 | Ludin | Reyes Mendez | 1/3/2021 | 8/31/2023 | $3,729.60 | $3,729.60 | **$7,459.20** |
| 279 | David | Reynaud | 10/23/2022 | 8/31/2023 | $208.92 | $208.92 | **$417.84** |
| 280 | Thomas | Reynolds | 6/19/2022 | 9/5/2022 | $189.82 | $189.82 | **$379.64** |
| 281 | Jordan | Rhodes | 11/7/2021 | 8/15/2022 | $675.74 | $675.74 | **$1,351.48** |
| 282 | Jacob | Rhodes | 1/3/2021 | 8/31/2023 | $2,927.63 | $2,927.63 | **$5,855.26** |
| 283 | Ryan | Rieder | 5/22/2021 | 8/31/2023 | $2,121.92 | $2,121.92 | **$4,243.84** |
| 284 | Alexis | Riggs | 7/18/2021 | 7/6/2022 | $665.35 | $665.35 | **$1,330.70** |
| 285 | August | Roberts | 8/28/2022 | 8/31/2023 | $101.43 | $101.43 | **$202.86** |
| 286 | Oscar | Robertson | 3/27/2022 | 8/31/2023 | $549.91 | $549.91 | **$1,099.82** |
| 287 | Joshua | Rodrigues | 6/5/2022 | 6/30/2022 | $41.16 | $41.16 | **$82.32** |
| 288 | Malia | Rogers | 1/3/2021 | 8/31/2023 | $553.94 | $553.94 | **$1,107.88** |
| 289 | Joseph | Roman | 10/23/2022 | 8/31/2023 | $160.69 | $160.69 | **$321.38** |
| 290 | Pine | Ross | 1/3/2021 | 12/31/2021 | $909.91 | $909.91 | **$1,819.82** |
| 291 | Gabriel | Roulier | 6/19/2022 | 8/31/2023 | $125.15 | $125.15 | **$250.30** |
| 292 | Zackary | Rowe | 1/3/2021 | 8/31/2023 | $2,532.61 | $2,532.61 | **$5,065.22** |
| 293 | Ken | Rushing II | 11/7/2021 | 6/13/2022 | $200.40 | $200.40 | **$400.80** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 294 | Kenneth | Russell | 1/16/2022 | 3/16/2022 | $54.68 | $54.68 | **$109.36** |
| 295 | Chayse | Russell | 10/23/2022 | 8/31/2023 | $89.57 | $89.57 | **$179.14** |
| 296 | Seth | Russell | 1/3/2021 | 8/31/2023 | $595.85 | $595.85 | **$1,191.70** |
| 297 | Devin | Salmon | 7/4/2021 | 7/19/2021 | $39.75 | $39.75 | **$79.50** |
| 298 | Jonathan | Sanders | 11/7/2021 | 7/14/2022 | $725.86 | $725.86 | **$1,451.72** |
| 299 | John | Sanderson | 7/18/2021 | 11/2/2021 | $372.21 | $372.21 | **$744.42** |
| 300 | Lydia | Scarlett | 2/13/2022 | 3/25/2022 | $56.28 | $56.28 | **$112.56** |
| 301 | Michael | Schenker | 9/11/2022 | 8/31/2023 | $101.57 | $101.57 | **$203.14** |
| 302 | Carter | Schuld | 1/17/2021 | 8/31/2023 | $533.42 | $533.42 | **$1,066.84** |
| 303 | Oliver | Schulenburg | 6/6/2021 | 8/31/2023 | $588.82 | $588.82 | **$1,177.64** |
| 304 | Kai | Segal | 7/31/2022 | 8/31/2023 | $972.33 | $972.33 | **$1,944.66** |
| 305 | Tyler | Seitz | 1/3/2021 | 8/31/2023 | $808.25 | $808.25 | **$1,616.50** |
| 306 | Aleksander | Selway | 8/29/2021 | 8/31/2023 | $1,826.16 | $1,826.16 | **$3,652.32** |
| 307 | Duncan | Sennett | 3/28/2021 | 12/27/2021 | $594.15 | $594.15 | **$1,188.30** |
| 308 | Calvin | Sewell | 7/18/2021 | 11/19/2021 | $512.52 | $512.52 | **$1,025.04** |
| 309 | Catherine | Seymore | 12/4/2022 | 8/31/2023 | $27.83 | $27.83 | **$55.66** |
| 310 | Erika | Shapen | 10/23/2022 | 8/31/2023 | $33.30 | $33.30 | **$66.60** |
| 311 | Anna | Shaw | 1/3/2021 | 8/31/2023 | $3,344.92 | $3,344.92 | **$6,689.84** |
| 312 | Kevin | Shireman | 1/3/2021 | 1/21/2022 | $609.56 | $609.56 | **$1,219.12** |
| 313 | Alan | Shirley | 6/20/2021 | 7/4/2021 | $73.49 | $73.49 | **$146.98** |
| 314 | Charles | Shoemaker | 6/5/2022 | 8/31/2023 | $161.05 | $161.05 | **$322.10** |
| 315 | Jenna | Simpson | 6/20/2021 | 8/31/2023 | $230.98 | $230.98 | **$461.96** |
| 316 | Ian | Simpson | 11/7/2021 | 8/31/2023 | $641.95 | $641.95 | **$1,283.90** |
| 317 | Christina | Smillie | 7/18/2021 | 12/31/2021 | $344.25 | $344.25 | **$688.50** |
| 318 | Caresse | Smit | 1/3/2021 | 8/31/2023 | $3,249.90 | $3,249.90 | **$6,499.80** |
| 319 | Hayden | Smith | 10/10/2021 | 12/31/2021 | $130.27 | $130.27 | **$260.54** |
| 320 | William | Smith | 7/31/2022 | 8/31/2023 | $286.02 | $286.02 | **$572.04** |
| 321 | Paloma | Smith | 5/23/2021 | 8/12/2022 | $929.18 | $929.18 | **$1,858.36** |
| 322 | Sean | Snow | 1/3/2021 | 10/20/2022 | $1,051.40 | $1,051.40 | **$2,102.80** |
| 323 | Zakara | Spencer | 1/3/2021 | 6/11/2021 | $600.23 | $600.23 | **$1,200.46** |
| 324 | Michael | Spencer | 3/27/2022 | 8/31/2023 | $1,238.30 | $1,238.30 | **$2,476.60** |
| 325 | Brodie | Sperry-Doyle | 8/15/2021 | 8/31/2023 | $847.96 | $847.96 | **$1,695.92** |
| 326 | Shawn | Sprey | 1/3/2021 | 4/3/2021 | $32.22 | $32.22 | **$64.44** |
| 327 | Graham | Steele | 8/1/2021 | 8/31/2023 | $160.43 | $160.43 | **$320.86** |
| 328 | Jared | Steffenhagen | 9/11/2022 | 8/31/2023 | $345.05 | $345.05 | **$690.10** |
| 329 | Amanda | Stepanovich | 4/25/2021 | 8/31/2023 | $875.82 | $875.82 | **$1,751.64** |
| 330 | Eleanore | Stevens | 6/19/2022 | 8/31/2023 | $746.94 | $746.94 | **$1,493.88** |
| 331 | Raeanne | Stroup | 1/3/2021 | 8/1/2021 | $161.61 | $161.61 | **$323.22** |

**CONSENT JUDGMENT AND ORDER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 332 | Lucas | Stutte | 7/18/2021 | 8/31/2023 | $399.64 | $399.64 | **$799.28** |
| 333 | Elyse | Sutton | 1/3/2021 | 8/31/2023 | $1,182.19 | $1,182.19 | **$2,364.38** |
| 334 | Elijah-Cole | Tabion | 1/3/2021 | 4/2/2021 | $225.37 | $225.37 | **$450.74** |
| 335 | Andrew | Thornton | 5/9/2021 | 8/31/2023 | $1,426.46 | $1,426.46 | **$2,852.92** |
| 336 | Ryan | Thuringer | 1/3/2021 | 8/12/2022 | $1,276.07 | $1,276.07 | **$2,552.14** |
| 337 | Augustin | Tiana | 10/23/2022 | 8/31/2023 | $66.74 | $66.74 | **$133.48** |
| 338 | Brandon | Tore | 1/3/2021 | 5/20/2021 | $352.06 | $352.06 | **$704.12** |
| 339 | Bich | Tran Do | 8/15/2021 | 7/28/2022 | $940.01 | $940.01 | **$1,880.02** |
| 340 | Evan | Trox | 1/3/2021 | 1/28/2022 | $1,530.82 | $1,530.82 | **$3,061.64** |
| 341 | Ian | Turk | 1/16/2021 | 8/31/2023 | $555.87 | $555.87 | **$1,111.74** |
| 342 | Hayden | Vandermeer | 1/3/2021 | 8/31/2023 | $3,061.79 | $3,061.79 | **$6,123.58** |
| 343 | Peter | VanOrnam | 8/1/2021 | 8/28/2021 | $49.50 | $49.50 | **$99.00** |
| 344 | Giovanni | Vazquez | 9/12/2021 | 7/6/2022 | $781.46 | $781.46 | **$1,562.92** |
| 345 | Jose | Verdi | 1/3/2021 | 8/31/2023 | $1,582.17 | $1,582.17 | **$3,164.34** |
| 346 | Logan | Verplancke | 7/4/2021 | 8/21/2021 | $60.45 | $60.45 | **$120.90** |
| 347 | Olin | Vetterlein | 5/8/2022 | 8/31/2023 | $826.25 | $826.25 | **$1,652.50** |
| 348 | Maria | Villanveva | 1/3/2021 | 7/2/2021 | $796.79 | $796.79 | **$1,593.58** |
| 349 | Sawyer | Vogel | 9/12/2021 | 12/31/2021 | $67.31 | $67.31 | **$134.62** |
| 350 | Ingrid | Vollan | 2/28/2021 | 8/31/2023 | $192.22 | $192.22 | **$384.44** |
| 351 | Steven | Wachtman | 7/31/2022 | 8/31/2023 | $382.46 | $382.46 | **$764.92** |
| 352 | Alex | Wadsworth | 1/3/2021 | 4/30/2021 | $344.32 | $344.32 | **$688.64** |
| 353 | Jessica | Way | 1/3/2021 | 6/25/2021 | $385.17 | $385.17 | **$770.34** |
| 354 | Mason | Webb | 7/18/2021 | 8/31/2023 | $142.72 | $142.72 | **$285.44** |
| 355 | Elspeth | Weber | 8/1/2021 | 8/31/2023 | $757.42 | $757.42 | **$1,514.84** |
| 356 | Amy | Welch | 1/3/2021 | 7/15/2021 | $350.28 | $350.28 | **$700.56** |
| 357 | Elena | Wiedlin | 1/3/2021 | 3/20/2021 | $246.18 | $246.18 | **$492.36** |
| 358 | Thomas | Wilson | 9/25/2022 | 8/31/2023 | $293.48 | $293.48 | **$586.96** |
| 359 | Aila | Wood | 9/11/2022 | 8/31/2023 | $165.71 | $165.71 | **$331.42** |
| 360 | Riley | Woodruff | 1/16/2022 | 7/6/2022 | $268.72 | $268.72 | **$537.44** |
| 361 | Trevor | Woolman | 7/31/2022 | 8/31/2023 | $43.31 | $43.31 | **$86.62** |
| 362 | Addison | York | 3/27/2022 | 8/31/2023 | $1,076.05 | $1,076.05 | **$2,152.10** |
| 363 | Drew | Young | 7/17/2022 | 8/31/2023 | $58.19 | $58.19 | **$116.38** |
| 364 | Jackson | Zenti | 6/5/2022 | 8/31/2023 | $346.23 | $346.23 | **$692.46** |
| 365 | Maizy | Zeringue | 5/22/2022 | 8/31/2023 | $360.20 | $360.20 | **$720.40** |
| 366 | Steven | Zielsdorf | 1/3/2021 | 9/23/2021 | $1,316.55 | $1,316.55 | **$2,633.10** |
| 367 | Nick | Zuver | 6/6/2021 | 3/7/2022 | $765.62 | $765.62 | **$1,531.24** |
| | | | | Total: | $270,101.50 | $270,101.50 | **$540,203.00** |

**CONSENT JUDGMENT AND ORDER**

**Exhibit B**

### NOTICE TO EMPLOYEES OF YOUR RIGHTS UNDER THE FLSA

There are state, local, and federal laws that give employees legal rights at work. The United States Department of Labor (DOL) enforces the federal law the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203 *et seq*.

**Under the FLSA, Employers, Including Managers and Supervisors, May Not "Keep" Tips:** The FLSA prohibits employers from keeping any portion of employees' tips for any purpose, whether directly or through a tip pool. An employer may not require an employee to give their tips to the employer, a supervisor, or a manager, even where a tipped employee receives at least the federal minimum wage (currently $7.25) per hour in wages directly from the employer and the employer takes no tip credit. A manager or supervisor may keep only those tips that they receive directly from a customer for the service they directly and solely provide. For example, a restaurant manager who serves their own tables may keep their own tips from customers they served but would not be able to receive other employees' tips by participating in a tip pool.

**Tip pooling:** The FLSA allows employers to require employees to share or "pool" tips with other eligible employees. The FLSA does not impose a limit on the percentage or amount of the contribution of each employee in valid mandatory tip pools.

**Recordkeeping:** An employer must keep records of each employee who receives tips and the weekly or monthly amount of tips received by each employee.

**If you have questions about your rights at work, including to keep tips, please contact the Wage and Hour Division, Portland District Office, at 503-326-3057**